## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HIESHETTER V. AMERICANS LIQUOR & FOOD, ET. AL.

Civil No. 06CV753 J (AJB)

HON. NAPOLEON A. JONES, JR.                          JUDICIAL LAW CLERK

PROCEEDINGS: X   In Chambers  ___  In Court  ___ Telephonic

Finding that no answer, motion for summary judgment, or other responsive pleading has been filed, the Court construes Plaintiff's Motion for Voluntary Dismissal as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  Accordingly, the present action before the Court is **DISMISSED** without prejudice in its entirety.

 X   Copies to: All Parties

___  Notified by Telephone

cc:    MAGISTRATE JUDGE BATTAGLIA
       ALL PARTIES
       COURT CLERK W. SAMUEL HAMRICK, JR.

DATE: 08/23/2007                          INITIALS: AIS   LAW CLERK